USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/07

*Hellerstein, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x  21 MC 97 (AKH)

IN RE SEPTEMBER 11 LITIGATION

This document relates to:

All Cases

------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto that defendant AirTran Airways, Inc. is hereby dismissed without prejudice and without costs to either party as against the other in the following individual actions consolidated in the In re September 11 Litigation (21 MC 97) and in any other actions involving United Airlines Flight 175 departing from Logan Airport in Boston or damages arising from the World Trade Center site or the surrounding areas:

1)   Bailey v. UAL Corporation et al.  (03cv06802)

2)   Baker v. United Airlines et al. (02cv06364)

3)   Bavis v. UAL Corporation et al. (02cv07154)

4)   Hayden v. UAL Corporation et al. (03cv06811)

5)   Jalbert v. UAL Corporation et al. (03cv06801)

6)   Carstanjen v. UAL Corporation et al. (02cv07153)

7)   Koutny v. United Airlines et al. (02cv02802)

8)   Lopez v. United Airlines et al. (02cv00458)

9)   Nassaney v. United Airlines et al. (03cv07083)

10)  Pocasangre v. UAL Corporation et al. (02cv07152)

11)  Sanchez v. United Airlines et al. (03cv07084)

12)  Sweeney v. United Airlines et al. (02cv01727)

13)  Titus v. United Airlines et al. (02cv06365)

689064_1

Plaintiffs specifically reserve the right to recommence these actions if the statements in the January 26, 2006 or June 19, 2006 affidavits of Warren Turner submitted on behalf of AirTran Airways, Inc. are proven untrue.

Dated: April 30, 2007
New York, New York.

Marc S. Moller, Esq.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
212-687-8181
Wrongful Death / Personal Injury Plaintiffs
Liaison Counsel

James F. Rittinger, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
212-818-9200
Attorneys for Defendant AIR TRAN AIRWAYS, INC.

SO ORDERED: 4/30/07

Alvin K. Hellerstein
United States District Judge

689064_1