USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/07

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE SEPTEMBER 11 LITIGATION      :
:
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

21 MC 97 (AKH)
21 MC 101 (AKH)

This Document Relates to:
All Actions

## NON-WAIVER AGREEMENT

WHEREAS, the parties to the above-captioned litigation have requested production of documents and information from the United States of America and several of its agencies or components (collectively, the "Government"), including the Federal Bureau of Investigation; and

WHEREAS, the Government wishes to cooperate with the parties to provide reasonably available, non-classified, non-privileged information that is relevant and material to the litigation, while avoiding unnecessary or undue burdens on the Government and preserving all applicable privileges and protections,

IT IS HEREBY AGREED, BY AND BETWEEN THE UNDERSIGNED COUNSEL, that:

1.  Any disclosure of a document (or portion thereof) or information by the Government shall not constitute a waiver by the Government of any privilege or other protection that may be applicable to any document (or portion thereof) or information not disclosed.

2.  This Non-Waiver Agreement does not constitute an agreement by the Government to produce any particular document or information in the litigation, and is without prejudice to any objections the Government may have to any party's discovery requests.

1

STIPULATED AMONG COUNSEL:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: _____
Beth E. Goldman
Sarah S. Normand
Jeannette A. Vargas
Assistant United States Attorneys
*Attorneys for the United States*

KREINDLER & KREINDLER LLP

By: _____
Marc S. Moller, Esq.
*Liaison Counsel for PI/WD Plaintiffs*

CLIFFORD LAW OFFICES

By: _____
Robert A. Clifford, Esq.
*Liaison Counsel for PD/BL Plaintiffs*

CONDON & FORSYTH LLP

By: _____
Desmond T. Barry, Esq.
*Liaison Counsel for Aviation Defendants*

FLEMMING, ZULACK & WILLIAMSON

By: _____
Richard A. Williamson, Esq.
*Liaison Counsel for Ground Defendants*

2

STIPULATED AMONG COUNSEL:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By:_____
Beth E. Goldman
Sarah S. Normand
Jeannette A. Vargas
Assistant United States Attorneys
*Attorneys for the United States*

KREINDLER & KREINDLER LLP

By:_____
Marc S. Moller, Esq.
*Liaison Counsel for PI/WD Plaintiffs*

CLIFFORD LAW OFFICES

By: /s/ Robert A. Clifford
Robert A. Clifford, Esq.
*Liaison Counsel for PD/BL Plaintiffs*

CONDON & FORSYTH LLP

By:_____
Desmond T. Barry, Esq.
*Liaison Counsel for Aviation Defendants*

FLEMMING, ZULACK & WILLIAMSON

By:_____
Richard A. Williamson, Esq.
*Liaison Counsel for Ground Defendants*

2

STIPULATED AMONG COUNSEL:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK


By:_____
   Beth E. Goldman
   Sarah S. Normand
   Jeannette A. Vargas
   Assistant United States Attorneys
   *Attorneys for the United States*


KREINDLER & KREINDLER LLP


By:_____
   Marc S. Moller, Esq.
   *Liaison Counsel for PI/WD Plaintiffs*


CLIFFORD LAW OFFICES


By:_____
   Robert A. Clifford, Esq.
   *Liaison Counsel for PD/BL Plaintiffs*


CONDON & FORSYTH LLP


By:_____
   Desmond T. Barry, Esq.
   *Liaison Counsel for Aviation Defendants*


FLEMMING, ZULACK & WILLIAMSON


By:_____
   Richard A. Williamson, Esq.
   *Liaison Counsel for Ground Defendants*

STIPULATED AMONG COUNSEL:

MICHAEL J. GARCIA
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By:_____
   Beth E. Goldman
   Sarah S. Normand
   Jeannette A. Vargas
   Assistant United States Attorneys
   *Attorneys for the United States*

**KREINDLER & KREINDLER LLP**

By:_____
   Marc S. Moller, Esq.
   *Liaison Counsel for PI/WD Plaintiffs*

**CLIFFORD LAW OFFICES**

By:_____
   Robert A. Clifford, Esq.
   *Liaison Counsel for PD/BL Plaintiffs*

**CONDON & FORSYTH LLP**

By:_____
   Desmond T. Barry, Esq.
   *Liaison Counsel for Aviation Defendants*

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

By:_____
   Richard A. Williamson, Esq.
   *Liaison Counsel for Ground Defendants*

SCHIFF HARDIN LLP

By: _____
Beth D. Jacob, Esq.
*Liaison Counsel for WTC7 Ground Defendants*

SO ORDERED: 5/1/07

_____
Hon. Alvin K. Hellerstein
United States District Judge

3