UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                    Civ. Action No. 21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION   This Document Relates to:

                                    03 CV 7083
                                    Nassaney v. United Airlines,
                                    Inc., et. al.
----------------------------------x

### NOTICE OF ADOPTION

**PLEASE TAKE NOTICE THAT** Defendant **GLOBE AVIATION SERVICES CORPORATION s/h/a GLOBE AVIATION SERVICES** hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as their Answer to the Complaint in the above-captioned action.

Dated:    New York, New York
           November 13, 2007

                                    JONES HIRSCH CONNORS & BULL P.C.

                     By:   _____
                          James P. Connors, Esq. (C-5421)
                          Attorneys for Defendant **GLOBE AVIATION SERVICES CORPORATION**
                          1 Battery Park Plaza
                          New York, New York 10004
                          (212) 527-1000

                          and

                          **LOCKE LORD BISSELL & LIDDELL LLP**
                          Gary Westerberg, Esq.
                          111 South Wacker Drive
                          Chicago, IL 60606-4410
                          (312) 443-0700

591835.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   **PEARLENE MARTELL**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

   On the 13th day of November 2007, deponent served the within **NOTICE OF ADOPTION** upon:

1. Robert T. Haefele, Esq. - Counsel for Plaintiff;
2. Marc S. Moller, Esq. and Brian J. Alexander, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
3. Donald A. Migliori, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
4. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel;
5. Richard Williamson, Esq. and M. Bradford Stein, Esq. - Ground Defendants' Liaison Counsel;
6. Beth Jacob, Esq. - WTC 7 Ground Defendants' Liaison Counsel;
7. Desmond T. Barry, Jr., Esq., Aviation Defendants Liaison Counsel
8. Beth Goldman, Esq. - U.S. Attorneys' Office; and
9. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
PEARLENE MARTELL

Sworn to before me this
13th day of November, 2007

_____
Notary Public

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 20 11

591824.1

-2-