UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

IN RE: SEPTEMBER 11, 2001 LITIGATION

21 MC 97 (AKH)
This document relates to:
03-CV-6940
03-CV-7084
02-CV-6365
02-CV-7154
03-CV-6811
03-CV-6801
02-CV-7153
02-CV-0458
03-CV-7083

-----------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

KAREN ARTUSA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hewlett, New York, and that on the 13th day of November, 2007, deponent served the within **NOTICES ADOPTING ANSWER OF DEFENDANTS UNITED AIRLINES, INC. and UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT** by transmitting a copy of the following persons by e-mail at the e-mail address set forth after each name below, which was designated by the attorney for such purpose:

PLAINTIFFS' LIAISON COUNSEL
Donald Migliori, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29465
dmigliori@motleyrice.com

PLAINTIFFS' LIAISON COUNSE.
Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017-5590
mmoller@kreindler.com

**DEFENDANTS' LIAISON COUNSEL**
Desmond T. Barry, Esq.
Condon & Forsyth
7 Times Square
New York, New York 10036
DBarry@condonlaw.com

**GROUND DEFENDANTS' LIAISON COUNSEL**
Richard A. Williamson, Esq.
Flemming Zulack Williamson Zauderer
One Liberty Plaza
New York, NY 10006
rwilliamson@fzwz.com

**PROPERTY DAMAGE & BUSINESS LOSS LIAISON COUNSEL**
Robert A. Clifford, Esq.
Clifford Law Offices
120 LaSalle Street – 31st Floor
Chicago, Illinois 60602
rac@cliffordlaw.com

**WTC7 GROUND DEFENDNATS' LIAISAON COUNSEL**
Beth D. Jacobs, Esq.
Schiff Hardin, LLP
900 Third Avenue
New York, NY 10022
bjacob@schiffhardin.com

Beth Goldman, Assistant U.S. Attorney
Sarah S. Normand, Assistant U.S. Attorney
U.S. Attorneys Office, SDNY
86 Chambers Street
New York, New York 10007
beth.goldman@usdoj.gov
sarah.normand@usdoj.gov

_/s/ Karen Artusa_
Karen Artusa

Sworn to before me this
13th day of November, 2007

_/s/_
NOTARY PUBLIC

GLORIA B. DUNN
Notary Public, State of New York
No. 01DU5004217
Qualified in New York County
Commission Expires November 16, 2010