UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
: 21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION    : This Document Relates to:
: 03-cv-07083-AKH
: <u>Nassaney, et al v. United Airlines, et al</u>
:
------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF HUNTLEIGH USA, INC. TO PLAINTIFFS' FOURTH AMENDED <u>FLIGHT 175 MASTER LIABILITY COMPLAINT</u>

PLEASE TAKE NOTICE THAT defendant HUNTLEIGH USA, INC. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as their Answer to the Complaint in the above-captioned action. HUNTLEIGH USA, INC. hereby denies all allegations not specifically and expressly admitted in its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint.

WHEREFORE, defendant HUNTLEIGH USA, INC., respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated:      Houston, Texas
            November 13, 2007

**SUSMAN GODFREY L.L.P.**

BY:/s/ <u>H. Lee Godfrey</u>
H. Lee Godfrey – HG 1204
Max Tribble
Jonathan Ross
Charles Eskridge
Nicholas Daum
Attorneys for Defendant
Huntleigh USA Corp.

805704v1/005989

1000 Louisiana Street Suite 5100<br>
Houston, Texas 77002<br>
713-651-9366

TO:   Jayne Conroy
      Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
      112 Madison Avenue
      New York, NY 10016
      (212) 784-6402
      jconroy@hanlyconroy.com

      ALL INDIVIDUAL PI/WD PLAINTIFFS' LIAISON COUNSEL
      ALL LIAISON COUNSEL