UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
: 21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION : This Document Relates to:
: 03-cv-07083-AKH
: <u>Nassaney, et al v. United Airlines, et al</u>
:
-----------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

Eloisa Ball, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Los Angeles, CA, and that on the 13th day of November 2007, deponent served the within **NOTICE ADOPTING MASTER ANSWER OF HUNTLEIGH USA, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT** upon the parties listed below:

| | |
|---|---|
| All Liaison Counsel<br>Via E-mail | dbarry@condonlaw.com; mmoller@kreindler.com; balexander@kreindler.com;dmigliori@motleyrice.com; rac@cliffordlaw.com; tst@cliffordlaw.com; rwilliamson@fzwz.com; bstein@fzwz.com; bjacob@schiffhardin.com; beth.goldman@usdoj.gov; sarah.normand@usdoj.gov;jeannette.vargas@usdoj.gov |
| All Individual PI/WD Plaintiffs' Counsel<br>Via E-mail | mschiavo@motleyrice.com; rjt@tolchinlaw.com; dmigliori@motleyrice.com; kfm@mccalliomlaw.com; FFleming@kreindler.com; kpn@ny.speiserkrause.com; jazrael@agflaw.com; mmoller@kreindler.com; JGreen@kreindler.com; Susum47@hotmail.com; BAlexander@kreindler.com; dellandlittle@juno.com; kfranz@agflaw.com |

805705v1/005989

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Eloisa Ball

Sworn to before me this
13th day of November, 2007

_____
　　　　　Notary Public

HELEN DANIELSON
Commission # 1453127
Notary Public - California
Los Angeles County
My Comm. Expires Nov 24, 2007

805705v1/005989