UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : | 21 MC 97 (AKH) |
|  | : |  |
| IN RE SEPTEMBER 11 LITIGATION | : | This Document Relates to: |
|  | : | 03-CV-07083 |
|  | : | Nassaney v. United Airlines, Inc., et al. |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE ADOPTING MASTER ANSWER OF DEFENDANT THE BOEING COMPANY
TO PLAINTIFFS' FOURTH AMENDED
FLIGHT 175 MASTER LIABILITY COMPLAINT**

PLEASE TAKE NOTICE THAT defendant THE BOEING COMPANY

("BOEING") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master

Liability Complaint as its Answer to the Complaint in the above-captioned action.  BOEING hereby

denies all allegations not specifically and expressly admitted in their Master Answer to Plaintiffs'

Fourth Amended Flight 175 Master Liability Complaint.

WHEREFORE, defendant BOEING respectfully requests that the Complaint be

dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just

and proper or, if such relief not be granted, then that their liability be limited or reduced as prayed.

Dated:  Seattle, Washington
       November 13, 2007

**PERKINS COIE LLP**

By    /s/ Eric S. Lent                      
        Thomas J. McLaughlin (pro hac vice)
        Mack H. Shultz, Jr. (pro hac vice)
        Eric S. Lent (EL-0144)
        1201 Third Avenue, Suite 4800
        Seattle, Washington 98101-3099
        Telephone: (206) 359-8000
        Facsimile:  (206) 359-9000

-and-

**RICHARDS KIBBE & ORBE LLP**
Brian S. Fraser (BF-0114)
Neil S. Binder (NB-0959)
One World Financial Center, 29th Floor
New York, New York 10281-1003
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Attorneys for Defendant The Boeing Company

TO:    Mary F. Schiavo, Esq.
       Donald Migliori, Esq.
       MOTLEY RICE
       28 Bridgeside Blvd.
       Mount Pleasant, SC 29465

       Attorneys for Plaintiff
       PATRICK NASSANEY

       PD/BL PLAINTIFFS' LIAISON COUNSEL
       PI/WD PLAINTIFFS' LIAISON COUNSEL
       GROUND DEFENDANTS' LIAISON COUNSEL
       7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
       AVIATION DEFENDANTS' LIAISON COUNSEL
       U.S. ATTORNEY'S OFFICE

**CERTIFICATE OF SERVICE**

I, Eric S. Lent, certify that on November 13, 2007, a copy of DEFENDANT THE BOEING COMPANY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT and DEFENDANT THE BOEING COMPANY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT were served by electronic transmission upon the below-listed parties:

TO:    Mary F. Schiavo, Esq.
       Donald Migliori, Esq.
       MOTLEY RICE
       28 Bridgeside Blvd.
       Mount Pleasant, SC 29465

       Attorneys for Plaintiff
       PATRICK NASSANEY

1.    Mary F. Schiavo, Esq. – Counsel for Plaintiff Patrick Nassaney;
2.    Donald Migliori, Esq. – Counsel for Plaintiff Patrick Nassaney;
3.    Marc S. Moller, Esq. and Brian J. Alexander, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
4.    Donald A. Migliori, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
5.    Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
6.    Richard Williamson, Esq. and M. Bradford Stein, Esq. – Ground Defendants' Liaison Counsel;
7.    Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
8.    Beth Goldman, Esq. – U.S. Attorneys' Office; and
9.    Desmond T. Barry, Esq. – Aviation Defendants' Liaison Counsel.


       by e-mailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.


                                              _____/s/  Eric S. Lent_____
                                                       Eric S. Lent